**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REBECCA R. WEINREICH, SB# 155684
    E-Mail: Rebecca.Weinreich@lewisbrisbois.com
AARON T. KNAPP, SB# 221289
    E-Mail: Aaron.Knapp@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Of counsel:
JOHN J. MCGIVNEY (*Pro Hac Vice*)
    E-Mail: jmcgivney@rubinrudman.com
KARA A. LORIDAS (*Pro Hac Vice*)
    E-Mail: kloridas@rubinrudman.com
RUBIN AND RUDMAN LLP
53 State Street
Boston, MA  02109
Telephone:  (617) 330-7000
Fax:  (617) 330-7550

*Attorneys for Plaintiff*
ACE PROPERTY & CASUALTY
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br>vs.<br>eBAY, INC., DEVIN WENIG, STEVE WYMER, JAMES BAUGH, DAVID HARVILLE, BRIAN GILBERT, STEPHANIE POPP, STEPHANIE STOCKWELL, PHILIP COOKE, VERONICA ZEA, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 5:22-CV-07088-EJD<br><br>**SECOND STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF ACE PROPERTY & CASUALTY INSURANCE COMPANY TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES** |

SECOND STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3379081_1

Pursuant to Civil L.R. 6-2(a), Plaintiff ACE Property & Casualty Insurance Company ("Plaintiff" or "ACE") and Defendants eBay Inc. ("eBay"), Steve Wymer ("Mr. Wymer"), and Devin Wenig ("Mr. Wenig") respectfully submit the following Second Stipulated Request to Extend the Time for Plaintiff to File Its Opposition to eBay's Motion to Stay Proceedings Until Underlying Action Concludes (Dkt. 46) (the "Motion to Stay") in this action.

## STIPULATION

WHEREAS, on January 24, 2023, Defendant eBay filed the Motion to Stay, seeking that this action be stayed until the conclusion of *Steiner v. eBay Inc.*, No. 1:21-cv-11181 (D. Mass. July 21, 2021) (the "Underlying Action") (Dkt. 46);

WHEREAS, on January 31, 2023, Plaintiff ACE and Defendant eBay agreed to an extension of the time until March 9, 2023 for ACE to file its opposition to the Motion to Stay, both as a professional courtesy to ACE and to allow the parties additional time to meet and confer on the Motion to Stay;

WHEREAS, on January 31, 2023, Plaintiff ACE and Defendant eBay filed a Stipulated Request to Extend Time for ACE to File Opposition to the Motion to Stay until March 9, 2023 (Dkt. 55), which the Court allowed on February 7, 2023 (Dkt. 57);

WHEREAS, on February 7, 2023, Defendants Mr. Wymer and Mr. Wenig filed joinders in the Motion to Stay (Dkt. 60 and Dkt. 62) (collectively, the

2

SECOND STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3379081_1

"Joinders");

WHEREAS, on March 1, 2023, Ina Steiner, David Steiner and Steiner Associates, LLC (collectively, the "Steiners"), the plaintiffs in the Underlying Action that is the subject of this declaratory judgment action, filed a 123-page First Amended Complaint in the Underlying Action, which adds new defendants, new factual allegations, and new causes of action against all defendants;

WHEREAS, Plaintiff ACE requires time to evaluate the First Amended Complaint, which was just filed by the Steiners in the Underlying Action on March 1, 2023, and to determine whether any parties, claims, or defenses in this action should be added to, dismissed, or amended, and to evaluate and determine the impact, if any, of the First Amended Complaint on eBay's Motion to Stay;

WHEREAS, counsel for Plaintiff ACE have met and conferred with counsel for Defendants eBay, Mr. Wymer, and Mr. Wenig regarding a modification of the time for Plaintiff to file its Opposition to the Motion to Stay and the Joinders;

WHEREAS, the Motion to Stay is scheduled for hearing on June 15, 2023;

WHEREAS, to allow the parties time to continue to meet and confer on the Motion to Stay and to allow Plaintiff ACE time to evaluate the First Amended Complaint and its impact, if any, on the claims and defenses in this action and on the Motion to Stay, Plaintiff ACE requires additional time to complete and file Plaintiff's Opposition to the Motion to Stay;

3

SECOND STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3379081_1

WHEREAS, Defendants eBay, Mr. Wenig, and Mr. Wymer have agreed to an extension of time for Plaintiff ACE to file its Opposition to the Motion to Stay, from March 9, 2023, as presently scheduled, to April 10, 2023, both as a professional courtesy and to provide the parties further time to meet and confer on the Motion to Stay and to evaluate the First Amended Complaint and its impact, if any, on the Motion to Stay;

WHEREAS, the proposed extension of the time for Plaintiff ACE to file its Opposition to the Motion to Stay will not inconvenience the Court's schedule in any way or provide any less time for the Court to review filings than provided under Civil L.R. 7, as the hearing on the Motion to Stay is set for June 15, 2023;

WHEREAS, this is the second request by Plaintiff for an extension of time to file its Opposition to the Motion to Stay;

WHEREAS, as required by Civil L.R. 6.2(a), this Stipulated Request to Extend Time for Plaintiff ACE Property & Casualty Insurance Company to File Its Opposition to Defendant eBay Inc.'s Motion to Stay Proceeding Until Underlying Action Concludes is supported by the Declaration of Kara A. Loridas, Esq. filed herewith;

It is hereby stipulated, by and between Plaintiff ACE and Defendant eBay, pursuant to Civil Local Rule 6-2(a), that the deadline for Plaintiff ACE to file its Opposition to Defendant eBay's Motion to Stay Proceedings Until Underlying

4

SECOND STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3379081_1

Action Concludes (Dkt. 46) and the Joinders by Mr. Wenig and Mr. Wymer in that motion is extended until April 10, 2023. This Stipulation will not alter the date of any event or any deadline already fixed by Court order.

DATED: March 3, 2023

By:  /s/ Aaron T. Knapp
AARON T. KNAPP (Bar No. 221289)
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
Email: Aaron.Knapp@lewisbrisbois.com

By: */s/ Kara A. Loridas*
JOHN J. MCGIVNEY (*Pro Hac Vice*)
KARA A. LORIDAS (*Pro Hac Vice*)
RUBIN AND RUDMAN LLP
53 State Street
Boston, MA  02109
Telephone:  (617) 330-7000
Fax:  (617) 330-7550
Email:  JMcGivney@rubinrudman.com
Email:  KLoridas@rubinrudman.com

*Attorneys for Plaintiff ACE Property & Casualty Insurance Company*

Dated: March 3, 2023

By:  /s/ Rani Gupta
RANI GUPTA (Bar No. 296346)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA  94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email:  rgupta@cov.com

*Attorney for Defendant eBay Inc.*

5

SECOND STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3379081_1

| | | |
|---|---|---|
| 1 | Dated: March 3, 2022 | By: */s/ Michael Pabian* |
| 2 | | MICHAEL PABIAN |
| | | MICHAEL PABIAN LAW OFFICE, LLC |
| 3 | | 20 Park Plaza, Suite 1000 |
| 4 | | Boston, MA 02116 |
| | | Telephone: (617) 227-3700 |
| 5 | | Email: pabianlaw38@gmail.com |
| 6 | | |
| 7 | | *Attorney for Defendant Devin Wenig* |
| 8 | Dated: March 3, 2023 | By:  */s/ T. Connor O'Carroll* |
| 9 | | T. CONNOR O'CARROLL (Bar No. 312920) |
| | | REED SMITH LLP |
| 10 | | 101 Second Street, Suite 1800 |
| 11 | | San Francisco, CA, 94105 |
| | | Telephone: (415) 659 4787 |
| 12 | | Email: cocarroll@reedsmith.com |
| 13 | | |
| 14 | | *Attorney for Defendant Steve Wymer* |

6

SECOND STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3379081_1

## **ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that each other signatory to this document besides myself has concurred in the filing of this document.

Dated: March 3, 2023
/s/ Kara A. Loridas
KARA A. LORIDAS (*Pro Hac Vice*)
RUBIN AND RUDMAN LLP
53 State Street
Boston, MA  02109
Telephone:  (617) 330-7000
Fax:  (617) 330-7550
Email:  KLoridas@rubinrudman.com

*Attorney for the Plaintiff ACE Property & Casualty Insurance Company*

7

SECOND STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3379081_1

[PROPOSED] ORDER

Good cause appearing, the Second Stipulated Request to Extend Time for Plaintiff ACE Property & Casualty Insurance Company to File Its Opposition to Defendant eBay Inc.'s Motion to Stay Proceeding Until Underlying Action Concludes jointly filed by Plaintiff ACE Property & Casualty Insurance Company and Defendants eBay Inc., Devin Wenig, and Steve Wymer is GRANTED. Plaintiff's Opposition to Defendant eBay Inc.'s Motion to Stay Proceedings Until Underlying Action Concludes and the joinders in that motion filed by Defendants Devin Wenig and Steve Wymer shall be due April 10, 2023.

IT IS SO ORDERED.

Dated: _____

Edward J. Davila
United States District Court Judge

8

SECOND STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3379081_1

# CERTIFICATE OF SERVICE

I, Kara A. Loridas, hereby certify that on this 3rd day of March, 2023, a copy of the foregoing Second Stipulated Request to Extend Time for Plaintiff to File Its Opposition to Defendant eBay Inc.'s Motion to Stay Proceedings Until Underlying Action Concludes, together with the concurrently filed Declaration of Kara A. Loridas, were served via U.S. Mail and/or email, as indicated, on the following:

Stephanie Popp (Inmate Number 26071-510)
FMC Lexington
Federal Medical Center Satellite Camp
P.O. Box 14525
Lexington, KT 40512
Defendant, Pro Se
*[via U.S. Mail]*

Stephanie Popp
c/o Lawrence Popp/Eliana Popp
Omni Residences 2012
200 W Liberty Street
Louisville, KY 40202
Defendant, Pro Se
*[via U.S. Mail]*

Stephanie Stockwell
280 Main Street
Ben Lomond, CA 95005
Email: steph.stockwell@gmail.com
Defendant, Pro Se
*[via email and U.S. Mail]*

James Baugh 26302-111
FPC Montgomery
Maxwell Air Force Base
Montgomery, AL 36112
Defendant, Pro Se
*[via U.S. Mail]*

Christina N. Lindberg, Esq.
MINER SIDDALL LLP
101 Federal Street, Suite 650
Boston, MA 02110
Telephone: (617) 202-5830
Email: clindberg@msdefenders.com
Attorney for Defendant Philip Cooke
*[via email]*

Frank Ubhaus, Esq.
BERLINER COHEN LLP
10 Almaden Blvd., 11th Floor
San Jose, CA 95113
Telephone: (408) 286-5800
Email: frank.ubhaus@berliner.com
Attorney for Defendant Veronica Zea
*[via email]*

DAVID HARVILLE
6960 North 5th Street #1042
North Las Vegas, NV 89084
Email: HD623499@gmail.com
Defendant, Pro Se
*[via email and U.S. Mail]*

MARK CONRAD (Bar No. 255667)
CONRAD | METLITZKY | KANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Email: mconrad@conmetkane.com
Attorney for Defendant Brian Gilbert
*[via email]*

*/s/ Kara A. Loridas*
KARA A. LORIDAS (*Pro Hac Vice*)
Attorney for the Plaintiff

SECOND STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3379081_1