**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REBECCA R. WEINREICH, SB# 155684
  E-Mail: Rebecca.Weinreich@lewisbrisbois.com
AARON T. KNAPP, SB# 221289
  E-Mail: Aaron.Knapp@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Of counsel:
JOHN J. MCGIVNEY (*Pro Hac Vice*)
  E-Mail: jmcgivney@rubinrudman.com
KARA A. LORIDAS (*Pro Hac Vice*)
  E-Mail: kloridas@rubinrudman.com
RUBIN AND RUDMAN LLP
53 State Street
Boston, MA  02109
Telephone:  (617) 330-7000
Fax:  (617) 330-7550

*Attorneys for Plaintiff*
ACE PROPERTY & CASUALTY
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  vs.<br><br>eBAY INC., DEVIN WENIG, STEVE WYMER, JAMES BAUGH, DAVID HARVILLE, BRIAN GILBERT, STEPHANIE POPP, STEPHANIE STOCKWELL, PHILIP COOKE, VERONICA ZEA, and DOES 1 to 10, inclusive,<br><br>  Defendants. | Case No. 5:22-CV-07088-EJD<br><br>**DECLARATION OF KARA A. LORIDAS, ESQ. IN SUPPORT OF SECOND STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF ACE PROPERTY & CASUALTY INSURANCE COMPANY TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES** |

I, Kara A. Loridas, declare as follows:

1. I am an attorney at Rubin and Rudman, LLP and counsel of record for Plaintiff ACE Property & Casualty Insurance Company ("Plaintiff" or "ACE") in this matter. I submit this declaration in support of the Second Stipulated Request to Extend Time for Plaintiff ACE Property & Casualty Insurance Company to File Its Opposition to Defendant eBay Inc.'s Motion to Stay Proceeding Until Underlying Action Concludes. Unless otherwise stated, the matters set forth herein are true and correct of my own personal knowledge.

2. On January 24, 2023, Defendant eBay Inc. ("eBay") filed its Motion to Stay Proceeding Until Underlying Action Concludes (the "Motion to Stay"), seeking that this action be stayed until the conclusion of *Steiner v. eBay Inc.*, No. 1:21-cv-11181 (D. Mass. July 21, 2021) (the "Underlying Action") (Dkt. 46).

3. On January 31, 2023, Plaintiff ACE and Defendant eBay filed their first Stipulated Request to Extend Time for ACE to File Opposition to the Motion to Stay until March 9, 2023 (Dkt. 55), seeking an extension of the time until March 9, 2023 for ACE to file its opposition to the Motion to Stay, both as a professional courtesy to ACE and to allow the parties additional time to meet and confer on the Motion to Stay, which the Court allowed on February 1, 2023 (Dkt. 57).

4. On February 7, 2023, Defendants Steve Wymer ("Mr. Wymer") and Devin Wenig ("Mr. Wenig") filed joinders in the Motion to Stay (Dkt. 60 and Dkt.

2

62) (collectively, the "Joinders").

5. On March 1, 2023, the plaintiffs in the Underlying Action, Ina Steiner, David Steiner and Steiner Associates, LLC (collectively, the "Steiners"), filed a 123-page First Amended Complaint in the Underlying Action, which adds new defendants, new factual allegations, and new causes of action against all defendants. A true and accurate copy of the First Amended Complaint is attached hereto as Exhibit A.

6. An extension of the time for Plaintiff ACE to file its opposition to the Motion to Stay and the Joinders is necessary to allow Plaintiff ACE time to evaluate the First Amended Complaint, which was just filed by the Steiners in the Underlying Action on March 1, 2023, and to determine whether any parties, claims, or defenses in this action should be added to, dismissed, or amended, and to evaluate and determine the impact, if any, of the First Amended Complaint on the Motion to Stay.  An extension of the time for Plaintiff ACE to file its Opposition to the Motion to Stay is also necessary to allow the parties additional time to continue their efforts to meet and confer on the Motion to Stay.

5. I believe that an extension of thirty (30) days, up to and including April 10, 2023, is a reasonable and necessary extension.

6. I have communicated this request for an extension of time to counsel for Defendants eBay, Mr. Wymer, and Mr. Wenig, and counsel for Defendants

3

DECLARTION IN SUPPORT OF SECOND STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF ACE PROPERTY & CASUALTY INSURANCE COMPANY TO FILE ITS OPPOSITION TO MOTION TO STAY
3379080_1

1  eBay, Mr. Wymer, and Mr. Wenig have agreed to the requested extension of time.

2      7.    Plaintiff ACE has previously requested one other extension of the time to file its Opposition to the Motion to Stay, as described above.

    8.    The requested extension does not alter the date for hearing on the Motion to Stay Proceeding, which is set for June 15, 2023, and it does not alter the date of any other event or any deadline already fixed by Court order.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was executed on March 3, 2023.

*/s/ Kara Loridas*

Kara A. Loridas

4

DECLARTION IN SUPPORT OF SECOND STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF ACE PROPERTY & CASUALTY INSURANCE COMPANY TO FILE ITS OPPOSITION TO MOTION TO STAY
3379080_1