MILLA L. LVOVICH (SBN 225589)
LVOVICH & SZUCSKO, P.C.
50 Osgood Place, Suite 500
San Francisco, CA 94133
Telephone No.: 415-392-2560
Fax No.: 415-391-4060
milla@landslawgroup.com

CHRISTINA N. LINDBERG (P*ro Hac Vice*)
MINER SIDALL, LLP
101 Federal Street, Suite 650
Boston, MA 02110
Telephone No.: 617-202-5830
Fax No.: 617-202-5893
clindberg@msdefenders.com

Attorneys for Defendant,
Philip Cooke

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE Property and Casualty Insurance Company, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>eBay Inc., et al, <br><br>　　　　Defendant | Case No.: 5:22-cv-07088-EJD <br><br>**DEFENDANT PHILIP COOKE'S NOTICE OF JOINDER AND JOINDER IN EBAY INC.'S MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES** <br><br>Judge: Hon. Edward J. Davila <br>Date: June 15, 2023 <br>Time: 9:00 A.M. <br><br>Action Filed: November 11, 2022 |

//

//

//

**To the Court, all parties, and their counsel of record:**

Notice is hereby given that Defendant Philip Cooke joins in, adopts, and incorporates by reference the legal arguments and factual positions set forth in Defendant eBay Inc.'s Motion and Memorandum of Law in Support of Motion to Stay Proceedings until Underlying Action Concludes ("eBay Motion to Stay"). This joinder is based on this notice of joiner; the eBay Motion to Stay; the pleadings and papers on file in this action; and such further argument and matters as may be offered at the time of the hearing of this motion.

Joinder is appropriate because, as set forth in the eBay Motion to Stay, Cooke, eBay's former director of security operations, is a defendant in the underlying action currently pending in the District of Massachusetts and is insured under the ACE policy. The grounds for a stay set forth in the eBay Motion to Stay are, therefore, equally applicable to Cooke.

Accordingly, with respect to the claim against Cooke, Cooke respectfully requests the same relief sought in the eBay Motion to Stay.

Dated: March 3, 2023

   /s/ Milla Lvovich
Milla L. Lvovich
Lvovich & Szucsko, P.C.
Attorney for Defendant,
Philip Cooke