**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REBECCA R. WEINREICH, SB# 155684
  E-Mail: Rebecca.Weinreich@lewisbrisbois.com
AARON T. KNAPP, SB# 221289
  E-Mail: Aaron.Knapp@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Of counsel:
JOHN J. MCGIVNEY (*Pro Hac Vice*)
  E-Mail: jmcgivney@rubinrudman.com
KARA A. LORIDAS (*Pro Hac Vice*)
  E-Mail: kloridas@rubinrudman.com
RUBIN AND RUDMAN LLP
53 State Street
Boston, MA  02109
Telephone:  (617) 330-7000
Fax:  (617) 330-7550

*Attorneys for Plaintiff*
ACE PROPERTY & CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>eBAY, INC., DEVIN WENIG, STEVE WYMER, JAMES BAUGH, DAVID HARVILLE, BRIAN GILBERT, STEPHANIE POPP, STEPHANIE STOCKWELL, PHILIP COOKE, VERONICA ZEA, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 5:22-CV-07088-EJD<br><br>**THIRD STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF ACE PROPERTY & CASUALTY INSURANCE COMPANY TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES** |

THIRD STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3409394_1

Pursuant to Civil L.R. 6-2(a), Plaintiff ACE Property & Casualty Insurance Company ("Plaintiff" or "ACE") and Defendants eBay Inc. ("eBay"), Steve Wymer ("Mr. Wymer"), Devin Wenig ("Mr. Wenig"), and Philip Cooke ("Mr. Cooke") respectfully submit the following Third Stipulated Request to Extend the Time for Plaintiff to File Its Opposition to eBay's Motion to Stay Proceedings Until Underlying Action Concludes (Dkt. 46) (the "Motion to Stay") in this action.

## STIPULATION

WHEREAS, on January 24, 2023, Defendant eBay filed the Motion to Stay, seeking that this action be stayed until the conclusion of *Steiner v. eBay Inc.*, No. 1:21-cv-11181 (D. Mass. July 21, 2021) (the "Underlying Action") (Dkt. 46);

WHEREAS, on January 31, 2023, Plaintiff ACE and Defendant eBay agreed to an extension of the time until March 9, 2023 for ACE to file its opposition to the Motion to Stay, both as a professional courtesy to ACE and to allow the parties additional time to meet and confer on the Motion to Stay;

WHEREAS, on January 31, 2023, Plaintiff ACE and Defendant eBay filed a Stipulated Request to Extend Time for ACE to File Opposition to the Motion to Stay until March 9, 2023 (Dkt. 55), which the Court allowed on February 7, 2023 (Dkt. 57);

WHEREAS, on February 7, 2023, Defendants Mr. Wymer and Mr. Wenig filed joinders in the Motion to Stay (Dkt. 60 and Dkt. 62);

2

THIRD STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3409394_1

WHEREAS, on March 1, 2023, Ina Steiner, David Steiner and Steiner Associates, LLC (collectively, the "Steiners"), the plaintiffs in the Underlying Action that is the subject of this declaratory judgment action, filed a 123-page First Amended Complaint in the Underlying Action, which added new defendants, new factual allegations, and new causes of action against all defendants;

WHEREAS, on March 3, 2023, Plaintiff ACE and Defendants eBay, Mr. Wenig, and Mr. Wymer agreed to an extension of the time until April 10, 2023 for ACE to file its opposition to the Motion to Stay, both to allow the parties time to continue to meet and confer on the Motion to Stay and to allow Plaintiff ACE time to evaluate the First Amended Complaint and its impact, if any, on the claims and defenses in this action;

WHEREAS, on March 13, 2023, Defendant Mr. Cooke filed a joinder in the Motion to Stay (Dkt. 76) (collectively with the joinders filed by Mr. Wenig and Mr. Wymer, the "Joinders");

WHEREAS, on a basis that is without prejudice to the parties' respective coverage positions including their positions with respect to the Motion to Stay, eBay and ACE are discussing the terms for a potential dismissal of this action without prejudice, if mutually agreeable terms can be reached among the necessary parties;

WHEREAS, in light of the foregoing, counsel for Plaintiff ACE have met and conferred with counsel for Defendants eBay, Mr. Wymer, Mr. Wenig, and Mr.

3

THIRD STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3409394_1

Cooke regarding a modification of the time for Plaintiff to file its Opposition to the Motion to Stay and the Joinders;

WHEREAS, the Motion to Stay is scheduled for hearing on June 15, 2023;

WHEREAS, to allow the parties time to continue to meet and confer on the Motion to Stay and to allow for the parties to continue their efforts towards a potential dismissal of this action without prejudice, if mutually agreeable terms can be reached, Plaintiff ACE requires additional time to complete and file Plaintiff's Opposition to the Motion to Stay;

WHEREAS, Defendants eBay, Mr. Wenig, Mr. Wymer, and Mr. Cooke have agreed to an extension of time for Plaintiff ACE to file its Opposition to the Motion to Stay, from April 10, 2023, as presently scheduled, to May 10, 2023;

WHEREAS, the proposed extension of the time for Plaintiff ACE to file its Opposition to the Motion to Stay will not inconvenience the Court's schedule in any way or provide any less time for the Court to review filings than provided under Civil L.R. 7, as the hearing on the Motion to Stay is set for June 15, 2023;

WHEREAS, this is the third request by Plaintiff for an extension of time to file its Opposition to the Motion to Stay;

WHEREAS, as required by Civil L.R. 6.2(a), this Stipulated Request to Extend Time for Plaintiff ACE Property & Casualty Insurance Company to File Its Opposition to Defendant eBay Inc.'s Motion to Stay Proceeding Until Underlying

4

THIRD STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3409394_1

Action Concludes is supported by the Declaration of Kara A. Loridas, Esq. filed herewith;

It is hereby stipulated, by and between Plaintiff ACE and Defendants eBay, Mr. Wenig, Mr. Wymer, and Mr. Cooke, pursuant to Civil Local Rule 6-2(a), that the deadline for Plaintiff ACE to file its Opposition to Defendant eBay's Motion to Stay Proceedings Until Underlying Action Concludes (Dkt. 46) and the Joinders by Mr. Wenig, Mr. Wymer, and Mr. Cooke in that motion is extended until May 10, 2023.  This Stipulation will not alter the date of any event or any deadline already fixed by Court order.

| | |
|---|---|
| DATED: March 31, 2023 | By:  /s/ Aaron T. Knapp<br>AARON T. KNAPP (Bar No. 221289)<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>Telephone: (213) 250-1800<br>Facsimile: (213) 250-7900<br>Email: Aaron.Knapp@lewisbrisbois.com |
| | By: */s/ Kara A. Loridas*<br>JOHN J. MCGIVNEY (*Pro Hac Vice*)<br>KARA A. LORIDAS (*Pro Hac Vice*)<br>RUBIN AND RUDMAN LLP<br>53 State Street<br>Boston, MA  02109<br>Telephone:  (617) 330-7000<br>Fax:  (617) 330-7550<br>Email:  JMcGivney@rubinrudman.com<br>Email:  KLoridas@rubinrudman.com<br><br>*Attorneys for Plaintiff ACE Property & Casualty Insurance Company* |

5

THIRD STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3409394_1

| | | |
|---|---|---|
| Dated: March 31, 2023 | By: | /s/ Rani Gupta |

RANI GUPTA (Bar No. 296346)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: rgupta@cov.com
*Attorney for Defendant eBay Inc.*

Dated: March 31, 2023           By: /s/ Michael Pabian

MICHAEL PABIAN
MICHAEL PABIAN LAW OFFICE, LLC
20 Park Plaza, Suite 1000
Boston, MA 02116
Telephone: (617) 227-3700
Email: pabianlaw38@gmail.com

*Attorney for Defendant Devin Wenig*

Dated: March 31, 2023           By: /s/ T. Connor O'Carroll

T. CONNOR O'CARROLL (Bar No. 312920)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA, 94105
Telephone: (415) 659 4787
Email: cocarroll@reedsmith.com

*Attorney for Defendant Steve Wymer*

Dated: March 31, 2023           By: /s/ Christina N. Lindberg

CHRISTINA N. LINDBERG
MINER SIDDALL LLP
101 Federal Street, Suite 650
Boston, MA 02110
Telephone: (617) 202-5830
Email: clindberg@msdefenders.com

*Attorney for Defendant Philip Cooke*

6

THIRD STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3409394_1

## **ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that each other signatory to this document besides myself has concurred in the filing of this document.

Dated:  March 31, 2023                    */s/ Kara A. Loridas*
                                          KARA A. LORIDAS (*Pro Hac Vice*)
                                          RUBIN AND RUDMAN LLP
                                          53 State Street
                                          Boston, MA  02109
                                          Telephone:  (617) 330-7000
                                          Fax:  (617) 330-7550
                                          Email:  KLoridas@rubinrudman.com

                                          *Attorney for the Plaintiff ACE Property & Casualty Insurance Company*

THIRD STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3409394_1

# [PROPOSED] ORDER

Good cause appearing, the Third Stipulated Request to Extend Time for Plaintiff ACE Property & Casualty Insurance Company to File Its Opposition to Defendant eBay Inc.'s Motion to Stay Proceeding Until Underlying Action Concludes jointly filed by Plaintiff ACE Property & Casualty Insurance Company and Defendants eBay Inc., Devin Wenig, Steve Wymer, and Philip Cooke is GRANTED.  Plaintiff's Opposition to Defendant eBay Inc.'s Motion to Stay Proceedings Until Underlying Action Concludes and the joinders in that motion filed by Defendants Devin Wenig, Steve Wymer, and Philip Cooke shall be due May 10, 2023.

IT IS SO ORDERED.

Dated: _____

Edward J. Davila
United States District Court Judge

8

THIRD STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3409394_1

# CERTIFICATE OF SERVICE

I, Kara A. Loridas, hereby certify that on this 31st day of March, 2023, a copy of the foregoing Third Stipulated Request to Extend Time for Plaintiff to File Its Opposition to Defendant eBay Inc.'s Motion to Stay Proceedings Until Underlying Action Concludes, together with the concurrently filed Declaration of Kara A. Loridas, were served via U.S. Mail and/or email, as indicated, on the following:

| | |
|---|---|
| Stephanie Popp (Inmate Number 26071-510)<br>FMC Lexington<br>Federal Medical Center Satellite Camp<br>P.O. Box 14525<br>Lexington, KT 40512<br>Defendant, Pro Se<br>*[via U.S. Mail]* | Stephanie Popp<br>c/o Lawrence Popp/Eliana Popp<br>Omni Residences 2012<br>200 W Liberty Street<br>Louisville, KY 40202<br>Defendant, Pro Se<br>*[via U.S. Mail]* |
| Stephanie Stockwell<br>280 Main Street<br>Ben Lomond, CA 95005<br>Email: steph.stockwell@gmail.com<br>Defendant, Pro Se<br>*[via email and U.S. Mail]* | James Baugh 26302-111<br>FPC Montgomery<br>Maxwell Air Force Base<br>Montgomery, AL 36112<br>Defendant, Pro Se<br>*[via U.S. Mail]* |
| Christina N. Lindberg, Esq.<br>MINER SIDDALL LLP<br>101 Federal Street, Suite 650<br>Boston, MA 02110<br>Telephone: (617) 202-5830<br>Email: clindberg@msdefenders.com<br>Attorney for Defendant Philip Cooke<br>*[via email]* | Frank Ubhaus, Esq.<br>BERLINER COHEN LLP<br>10 Almaden Blvd., 11th Floor<br>San Jose, CA 95113<br>Telephone: (408) 286-5800<br>Email: frank.ubhaus@berliner.com<br>Attorney for Defendant Veronica Zea<br>*[via email]* |

9

THIRD STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3409394_1

| | |
|---|---|
| DAVID HARVILLE<br>Reg. No. 88030-054<br>U.S. Penitentiary<br>P.O. Box 019001<br>Atwater, CA 95301<br>Email: HD623499@gmail.com<br>Defendant, Pro Se<br>*[via email and U.S. Mail]* | MARK CONRAD (Bar No. 255667)<br>CONRAD | METLITZKY | KANE LLP<br>Four Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Email: mconrad@conmetkane.com<br>Attorney for Defendant Brian Gilbert<br>*[via email]*<br><br>*/s/ Kara A. Loridas*<br>KARA A. LORIDAS (*Pro Hac Vice*)<br>Attorney for the Plaintiff |

THIRD STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT EBAY INC.'S MOTION TO STAY PROCEEDINGS UNTIL UNDERLYING ACTION CONCLUDES

3409394_1