**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REBECCA R. WEINREICH, SB# 155684
  E-Mail: Rebecca.Weinreich@lewisbrisbois.com
AARON T. KNAPP, SB# 221289
  E-Mail: Aaron.Knapp@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Of counsel:
JOHN J. MCGIVNEY (*Pro Hac Vice*)
  E-Mail: jmcgivney@rubinrudman.com
KARA A. LORIDAS (*Pro Hac Vice*)
  E-Mail: kloridas@rubinrudman.com
RUBIN AND RUDMAN LLP
53 State Street
Boston, MA  02109
Telephone:  (617) 330-7000
Fax:  (617) 330-7550

*Attorneys for Plaintiff*
ACE PROPERTY & CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  vs.<br><br>eBAY, INC., DEVIN WENIG, STEVE WYMER, JAMES BAUGH, DAVID HARVILLE, BRIAN GILBERT, STEPHANIE POPP, STEPHANIE STOCKWELL, PHILIP COOKE, VERONICA ZEA, and DOES 1 to 10, inclusive,<br><br>  Defendants. | Case No. 5:22-CV-07088-EJD<br><br>**PLAINTIFF ACE PROPERTY & CASUALTY INSURANCE COMPANY'S THIRD MOTION TO EXTEND THE TIME TO FILE ITS OPPOSITION TO DEFENDANT STEPHANIE POPP'S MOTION TO STAY OR, ALTERNATIVELY, FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to Civil L.R. 6-3(a), Plaintiff ACE Property & Casualty Insurance Company ("Plaintiff" or "ACE") respectfully moves for an extension of the time to file its Opposition to Defendant Stephanie Popp's ("Ms. Popp") Motion to Stay or, Alternatively, for Enlargement of Time to Respond to Complaint (Dkt. 54) (the "Popp Motion to Stay") in this action. In support of this motion, Plaintiff ACE states the following:

1. On January 30, 2023, Defendant Ms. Popp filed the Popp Motion to Stay, seeking that this action be stayed, or alternatively, that the time for her to answer or otherwise respond to ACE's complaint in this action be extended until such time as she is released from federal prison (Dkt. 54).

2. Prior to the filing of the Popp Motion to Stay, on January 24, 2023, Defendant eBay Inc. ("eBay") filed its Motion to Stay Proceedings Until Underlying Action Concludes, seeking that this action be stayed until the conclusion of *Steiner v. eBay Inc.*, No. 1:21-cv-11181 (D. Mass. July 21, 2021) (the "Underlying Action") (Dkt. 46) (the "eBay Motion to Stay").

3. The eBay Motion to Stay is scheduled for hearing on June 15, 2023. The Popp Motion to Stay is not currently scheduled for hearing.

4. Upon motion filed by Plaintiff ACE on February 2, 2023 (Dkt. 58), the Court extended the time for Plaintiff ACE to file its Opposition to the Popp Motion to Stay until March 9, 2023 (Dkt. 63).

5. Defendants Devin Wenig and Steve Wymer filed joinders in the eBay Motion to Stay on February 7, 2023 (Dkt. 60 and 62).

6. On March 1, 2023, Ina Steiner, David Steiner and Steiner Associates, LLC (collectively, the "Steiners"), the plaintiffs in the Underlying Action that is the subject of this declaratory judgment action, filed a 123-page First Amended Complaint in the Underlying Action, which added new defendants, new factual allegations, and new causes of action against all defendants.

7. Upon motion filed by Plaintiff ACE on March 3, 2023 (Dkt. 68), the Court extended the time for Plaintiff ACE to file its Opposition to the Popp Motion to Stay until April 10, 2023 (Dkt. 70).

8. On March 13, 2023, Defendant Philip Cooke filed a joinder in the eBay Motion to Stay (Dkt. 76).

9. On March 31, 2023, Plaintiff ACE and Defendants eBay, Mr. Wenig, Mr. Wymer, and Mr. Cooke jointly filed the Third Stipulated Request to Extend the Time for Plaintiff to File Its Opposition to eBay's Motion to Stay Proceedings Until Underlying Action Concludes (Dkt. 77). In that stipulation, Plaintiff ACE and Defendants eBay, Mr. Wenig, Mr. Wymer, and Mr. Cooke stipulated to an extension of the time for ACE to respond to the eBay Motion to Stay until May 10, 2023, in order to allow the parties additional time to meet and confer on the eBay Motion to Stay and to allow ACE and eBay, on a basis that is without prejudice to the parties'

3

THIRD MOTION TO EXTEND THE TIME TO FILE OPPOSITION TO DEFENDANT STEPHANIE POPP'S MOTION TO STAY OR, ALTERNATIVELY, FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT
3409433_1

respective coverage positions including their positions with respect to the Popp Motion to Stay and the eBay Motion to Stay, to continue their discussions of the terms for a potential dismissal of this action without prejudice, which would apply to all parties, if mutually agreeable terms can be reached among the necessary parties.

10. As such, to allow the parties time to continue to meet and confer on the eBay Motion to Stay and to allow for the parties to continue their efforts towards a potential dismissal of this action without prejudice, Plaintiff ACE requires additional time to complete and file Plaintiff's Opposition to the Popp Motion to Stay.

11. The proposed extension of the time for Plaintiff ACE to file its Opposition to the Popp Motion to Stay will not inconvenience the Court's schedule in any way or provide any less time for the Court to review filings than provided under Civil L.R. 7, as no hearing is presently set for the Popp Motion to Stay and the hearing on the eBay Motion to Stay is set for June 15, 2023.

12. This is the third request by Plaintiff for an extension of time to file its Opposition to the Popp Motion to Stay;

13. Plaintiff ACE is unable to meet and confer with Ms. Popp regarding the requested extension because, as described by her in the Popp Motion to Stay, she is presently in federal detention.

14. The requested extension of time to file an Opposition to the Popp

4

Motion to Stay will not alter the date of any event or any deadline already fixed by Court order.

15. In the interim, Plaintiff ACE, while reserving all of its rights to oppose the relief requested in the Popp Motion to Stay, continues not to oppose an extension of the time for Ms. Popp to respond to the Complaint in this action until 15 days after the Court decides the eBay Motion to Stay.

16. As required by Civil L.R. 6-3(a), this motion is supported by the Declaration of Kara A. Loridas, Esq. filed herewith.

WHEREFORE, Plaintiff ACE Property & Casualty Insurance Company respectfully requests that the deadline to file its Opposition to Defendant Stephanie Popp's Motion to Stay or, Alternatively, for Enlargement of Time to Respond to Complaint (Dkt. 54) be extended until May 10, 2023.

| DATED: March 31, 2023 | By: /s/ Aaron T. Knapp |
|---|---|
| | AARON T. KNAPP (Bar No. 221289) |
| | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | 633 West 5th Street, Suite 4000 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 250-1800 |
| | Facsimile: (213) 250-7900 |
| | Email: Aaron.Knapp@lewisbrisbois.com |

5

THIRD MOTION TO EXTEND THE TIME TO FILE OPPOSITION TO DEFENDANT STEPHANIE POPP'S MOTION TO STAY OR, ALTERNATIVELY, FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT
3409433_1

|   |   |
|---|---|
| 1 | By: /s/ Kara A. Loridas |
| 2 | JOHN J. MCGIVNEY (*Pro Hac Vice*) |
|   | KARA A. LORIDAS (*Pro Hac Vice*) |

By: <u>*/s/ Kara A. Loridas*</u>
JOHN J. MCGIVNEY (*Pro Hac Vice*)
KARA A. LORIDAS (*Pro Hac Vice*)
RUBIN AND RUDMAN LLP
53 State Street
Boston, MA  02109
Telephone:  (617) 330-7000
Fax:  (617) 330-7550
Email:  JMcGivney@rubinrudman.com
Email:  KLoridas@rubinrudman.com

*Attorneys for Plaintiff ACE Property & Casualty Insurance Company*

[PROPOSED] ORDER

Good cause appearing, Plaintiff ACE Property & Casualty Insurance Company's Third Motion to Extend the Time to File Its Opposition to Defendant Stephanie Popp's Motion to Stay or, Alternatively, for Enlargement of Time to Respond to Complaint is GRANTED. Plaintiff's Opposition to Defendant Stephanie Popp's Motion to Stay or, Alternatively, for Enlargement of Time to Respond to Complaint shall be due May 10, 2023.

IT IS SO ORDERED.

Dated: _____     _____
                              Edward J. Davila
                              United States District Court Judge

7

THIRD MOTION TO EXTEND THE TIME TO FILE OPPOSITION TO DEFENDANT STEPHANIE POPP'S MOTION TO STAY OR, ALTERNATIVELY, FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT
3409433_1

# CERTIFICATE OF SERVICE

I, Kara A. Loridas, hereby certify that on this 31st day of March, 2023, a copy of the foregoing Second Motion to Extend the Time to File Opposition to Defendant Stephanie Popp's Motion to Stay or, Alternatively, for Enlargement of Time to Respond to Complaint, together with the concurrently filed Declaration of Kara A. Loridas, were served via U.S. Mail and/or email, as indicated, on the following:

| | |
|---|---|
| Stephanie Popp (Inmate Number 26071-510)<br>FMC Lexington<br>Federal Medical Center Satellite Camp<br>P.O. Box 14525<br>Lexington, KT 40512<br>Defendant, Pro Se<br>*[via U.S. Mail]* | Stephanie Popp<br>c/o Lawrence Popp/Eliana Popp<br>Omni Residences 2012<br>200 W Liberty Street<br>Louisville, KY 40202<br>Defendant, Pro Se<br>*[via U.S. Mail]* |
| Stephanie Stockwell<br>280 Main Street<br>Ben Lomond, CA 95005<br>Email: steph.stockwell@gmail.com<br>Defendant, Pro Se<br>*[via email and U.S. Mail]* | James Baugh 26302-111<br>FPC Montgomery<br>Maxwell Air Force Base<br>Montgomery, AL 36112<br>Defendant, Pro Se<br>*[via U.S. Mail]* |
| Christina N. Lindberg, Esq.<br>MINER SIDDALL LLP<br>101 Federal Street, Suite 650<br>Boston, MA 02110<br>Telephone: (617) 202-5830<br>Email: clindberg@msdefenders.com<br>Attorney for Defendant Philip Cooke<br>*[via email]* | Frank Ubhaus, Esq.<br>BERLINER COHEN LLP<br>10 Almaden Blvd., 11th Floor<br>San Jose, CA 95113<br>Telephone: (408) 286-5800<br>Email: frank.ubhaus@berliner.com<br>Attorney for Defendant Veronica Zea<br>*[via email]* |

8

THIRD MOTION TO EXTEND THE TIME TO FILE OPPOSITION TO DEFENDANT STEPHANIE POPP'S MOTION TO STAY OR, ALTERNATIVELY, FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT
3409433_1

1  DAVID HARVILLE
   Reg. No. 88030-054
2  U.S. Penitentiary
   P.O. Box 019001
3  Atwater, CA 95301
   Defendant, Pro Se
4  *[via email and U.S. Mail]*

MARK CONRAD (Bar No. 255667)
CONRAD | METLITZKY | KANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Email: mconrad@conmetkane.com
Attorney for Defendant Brian Gilbert
*[via email]*

 */s/ Kara A. Loridas*
KARA A. LORIDAS (*Pro Hac Vice*)
Attorney for the Plaintiff

9

THIRD MOTION TO EXTEND THE TIME TO FILE OPPOSITION TO DEFENDANT STEPHANIE POPP'S MOTION TO STAY OR, ALTERNATIVELY, FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

3409433_1